UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
SEP 28 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:16-cr-111 |
| v. | ) | |
| | ) | JUDGES HSM/CHS |
| ALLISON KING | ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that, on or about June 25, 2015, in the Eastern District of Tennessee, the defendant, ALLISON KING, did knowingly and willfully make a fraudulent statement in connection with the application for and receipt of compensation in an amount less than $1,000, under Title 5, United States Code, Chapter 81, related to a work injury; that is, the defendant claimed on a Medical Travel Refund Request to have traveled 80 miles for medical treatment, when in fact, as the defendant knew, she had traveled no more than 6 miles.

All in violation of Title 18, United States Code, Section 1920.

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: _____
James T. Brooks
Assistant United States Attorney